TO: CLERK OF COURT JACKSONVILLE
MIDDLE DISTRICT

James T. Muazine
VS.

SGT. HASLEY, W/M CLASSIFICATION OFC. MS. JANE DOE, W/F
Defendants

CASE NO: 3:26-CV-978-JEP.PDB

SUBJECT: CRIMINAL COMPLAINT DUE TO RETALIATORY ACT BY STAFF

LEGAL MAIL
Provided to Florida State Prison on
4/11 for mailing by ___

DEAR CLERK,

THIS IS A LEGAL COMPLAINT CONCERNING RETALIATORY ACT'S BY CLASSIFICATION OFFICER MS. JANE doe, w/m & SECURITY OFFICIALS SGT. HASLEY, W/M DOING CRIMINAL MINDED ACT'S STEALING MY GRIEVANCES OUT THE GRIEVANCE BOX & REFUSING TO PICK UP MY GRIEVANCES & PROCESS MY COMPLAINTS CENSORING MY GRIEVANCES IN RETALIATION AFTER I WAS "BRUTLY BEATEN" & "SEXUAL BATTERED" & REPEATEDLY LACED POISON & STARVED & I'M BEING DENIED ACCESS TO GRIEVANCE BOX THERE CLASSIFICATION OFFICER HERE AT (F.S.P.) M/U & SGT. HASLEY, W/M WHO WAS ASSIGNED TO B-WING GRIEVANCE REVIEW PICK UP ON APRIL 15th, 2026 APPROX. 7:30am - 8Ham & April 16th 2026 APPROX. 7:40am THRU 8:25am CENSORING MY GRIEVANCES & REFUSE TO PICK UP MY GRIEVANCES TO KEEP ME FROM REPORTING MY COMPLAINTS I WAS "SEXUAL BATTERED", "STARVED", & "BRUTLY BEATEN". & "DEPRIVED OF MEDICAL CARE" & "GRIEVANCES" & "GRIEVANCE BOX".

PLEASE REPORT THIS ILLEGAL ACT TO INSPECTOR GENERAL OFFICE STATE ATTORNEY OFFICE & F.D.L.E. FOR THOROUGHLY INVESTIGATION & CRIMINAL CHARGES & TO WARDEN & SECRETARY R.D.C. HER CORRECTIVE ACTION & PROVIDE MEDICAL CARE, & HAVE ME TRANSFER TO (R.M.C.) FOR TREATMENT & PROTECTION FROM B-WING & TO SAFER FACILITY.

Mr. James T. Muazine
#467703